|   |   |
|---|---|
| 1 | DONNA M. MEZIAS (SBN 111902) |
| 2 | LIZ K. BERTKO (SBN 268128) |
|   | dmezias@akingump.com |
|   | lbertko@akingump.com |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   | 580 California Street, Suite 1500 |
| 4 | San Francisco, CA 94104 |
|   | Telephone:   415-765-9500 |
| 5 | Facsimile:   415-765-9501 |

DONALD R. LIVINGSTON (DC BAR NO. 436063)
ESTHER G. LANDER (DC BAR NO. 461316)
Admitted *pro hac vice*
dlivingston@akingump.com
elander@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Defendant

MARY J. SHEA (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, Ca 94612
Tel: 510-208-4422
Fax: 415-520-9407
Email: Mary@Shealaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIN ZAW DINU, LANA BRANCH, ROSE SAMANO, DAWANA TAYLOR, CARLA VARAO, and DALINDA ARMENTA, on behalf of themselves and similarly situated persons, | Case No. 2:15-cv-00929-JAM-AC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE DISMISSAL** |
| v. |   |
| HOME DEPOT U.S.A., INC., a Delaware corporation and DOES 1 through 20, |   |
| Defendants. |   |

**JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**

Plaintiffs TIN ZAW DINU, LANA BRANCH, ROSE SAMANO, DAWANA TAYLOR, CARLA VARAO, and DALINDA ARMENTA ("Plaintiffs") and Defendant HOME DEPOT U.S.A., INC. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiffs and Defendant have settled this action and agree this matter may be dismissed with prejudice;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant stipulate to hereby dismiss this Action, in its entirety, with prejudice.

**IT IS SO STIPULATED.**

DATED: April 27, 2016                    SHEA LAW OFFICES

                                         By:  */s/ Mary J. Shea*

                                         Mary J. Shea
                                         Attorney for Plaintiffs

DATED: April 27, 2016                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                         By:  */s/ Esther G. Lander*

                                         Donald R. Livingston (DC Bar No. 436063)
                                         Esther G. Lander (DC Bar No. 461316)
                                         Admitted pro hac vice
                                         1333 New Hampshire Avenue, N.W.
                                         Washington, D.C. 20036
                                         Telephone: (202) 887-4000
                                         Facsimile: (202) 887-4288
                                         dlivingston@akingump.com
                                         elander@akingump.com

| | |
|---|---|
| DATED: April 27, 2016 | AKIN GUMP STRAUSS HAUER & FELD LLP |

By:  */s/ Liz K. Bertko*
Donna M. Mezias (SBN 111902)
Liz K. Bertko (SBN 268128)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
dmezias@akingump.com
lbertko@akingump.com

*Counsel for Defendant Home Depot U.S.A., Inc.*

### ORDER

Pursuant to the foregoing stipulation, this matter is hereby dismissed with prejudice.

DATED:  4/28/2016                           /s/ John A. Mendez

John A. Mendez
United States District Court Judge